UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN MORGAN | CIVIL ACTION |
| VERSUS | NO. 06-5672 |
| MARLIN GUSMAN, ET AL | SECTION "N"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) (Rec. Doc. No. 17) filed by Mayor Ray Nagin and Superintendent Warren Riley and the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. Doc. No. 34) filed by the Department of Homeland Security, the Federal Emergency Management Agency, and the U.S. Army Corps of Engineers are **DISMISSED as moot**.

**IT IS FURTHER ORDERED** that Kevin Morgan's claims against the defendants, Orleans Parish Criminal Sheriff Marlin Gusman, Mayor Ray Nagin, former Governor Kathleen Blanco, New Orleans Police Superintendent Warren Riley, the Louisiana State Police, the Louisiana National

Guard, the U.S. Army Corps of Engineers, the New Orleans Police Department, the Department of Homeland Security, the Federal Emergency Management Agency, the Louisiana Department of Corrections through Secretary Richard Stalder, Warden Cornell Hubert of the Elayn Hunt Correctional Center, the New Orleans Fire Department, and the New Orleans City Council, are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 17th day of March, 2009.

UNITED STATES DISTRICT JUDGE